**11/30/2017**                                                                    **COA No. 12-17-00118-CR**
**ALVAREZ, ISAIAS**          **Tr. Ct. No. 114-0582-11**          **PD-1127-17**
The appellant's pro se petition for discretionary review has this day been received and filed.

Deana Williamson, Clerk

**FILED**

11/30/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *